JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DOL-OIG_

**City** _Boston_          **Related Case Information:** ı3cℛ|0066 —

**County** _Suffolk_

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____ (Boal)
Magistrate Judge Case Number _13-mj-7025-JCB_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Carlos M. Cruz Diaz_          Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address _(City & State)_ _Medford, MA_

Birth date (Yr only): _1984_ SSN (last4#): _6,313_ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _Oscar Cruz, Esq._          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _Lori J. Holik_          Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _02/01/2013_

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: _Magistrate Judge Boal_ on _2/1/2013_

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty —— ☐ Misdemeanor —— ☑ Felony _5_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3-14-13_          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**      Carlos M. Cruz Diaz   _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 664 | Theft from Employee Pension Fund | 1-5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013